# EXHIBIT "31"

# FILED UNDER SEAL PURSUANT TO COURT ORDER