UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONATE CORPORATION d/b/a/ VEGADELPHIA FOODS,<br><br>   *Plaintiff*,<br><br> v.<br><br>DUNKIN' BRANDS GROUP INC., DUNKIN' BRANDS INC., and BEYOND MEAT, INC.,<br><br>   *Defendants*. | Case No. 1:23-cv-10690-IT |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a) of the United States District Court for the District of Massachusetts, please enter the appearance of C. Dana Hobart of the law firm Buchalter, APC as counsel for Defendant Beyond Meat, Inc. in the above-captioned action.

             Respectfully submitted,

             BEYOND MEAT, INC.
             By its attorney,

Dated: October 7, 2025        */s/ C. Dana Hobart*
             C. Dana Hobart (#125139)
             Buchalter, APC
             1000 Wilshire Blvd., Suite 1500
             Los Angeles, California 90017
             Telephone: (213) 891-0700
             Facsimile: (213) 896-0400
             E-mail: dhobart@buchalter.com

**CERTIFICATE OF SERVICE**

     I, C. Dana Hobart, hereby certify that, on October 7, 2025, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as non-registered participants.

                                                           */s/ C. Dana Hobart*
                                                           C. Dana Hobart