UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

SONATE CORPORATION D/B/A
Vegadelphia FOODS,

          Plaintiff,

vs.

BEYOND MEAT, INC., a Delaware corporation,

          Defendant.

Civil Action No. 1:23-cv-10690

**DEFENDANT BEYOND MEAT, INC.'S <u>UNOPPOSED</u> MOTION TO IMPOUND MATERIAL SUBMITTED IN CONNECTION WITH ITS TRIAL BRIEF**

Pursuant to Local Rule 7.2, this Court's Standing Order and the parties' Stipulated Protective Order (Doc. No. 99), Defendant Beyond Meat, Inc. ("Beyond Meat"), hereby submits this Motion to Impound.

Beyond Meat respectfully requests that the Court order that Beyond Meat's Trial Brief, which is to be filed on the public docket be redacted. Plaintiff does not oppose this motion.

Beyond Meat's trial brief contains confidential financial information of the parties In support of this Motion, Beyond Meat relies on the concurrently filed Memorandum of Law.

Pursuant to Local Rule 7.2(a), Beyond Meat requests that its trial brief be impounded until disposition of this matter, at which point the impounded materials should be returned to the filing party or destroyed.

1

Dated: October 27, 2025　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　BUCHALTER
　　　　　　　　　　　　　　　　　　　　　A Professional Corporation


　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Matthew Seror*
　　　　　　　　　　　　　　　　　　　　　 WILLMORE F. HOLBROW III *(Pro Hac Vice)*
　　　　　　　　　　　　　　　　　　　　　 MATTHEW SEROR　*(Pro Hac Vice)*
　　　　　　　　　　　　　　　　　　　　　 BUCHALTER
　　　　　　　　　　　　　　　　　　　　　 A Professional Corporation
　　　　　　　　　　　　　　　　　　　　　 1000 Wilshire Boulevard, Suite 1500
　　　　　　　　　　　　　　　　　　　　　 Los Angeles, CA  90017-1730
　　　　　　　　　　　　　　　　　　　　　 Telephone: 213.891.0700
　　　　　　　　　　　　　　　　　　　　　 Fax: 213.896.0400
　　　　　　　　　　　　　　　　　　　　　 Email: wholbrow@buchalter.com


　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Beyond Meat, Inc.*


## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1, I, Matthew Seror, hereby certify that counsel for Plaintiff conferred with the undersigned counsel for Defendant via email on October 27, 2025, in a good-faith effort to narrow dispute as to the above-styled motion and that Defendants have indicated they will not oppose.  Accordingly, no opposition will be forthcoming.

　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew Seror*
　　　　　　　　　　　　　　　　　　　　　Matthew Seror

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2025, Defendant Beyond Meat's Motion to Impound was served on opposing counsel via the Court's CM/ECF system.

By: <i>/s/ Matthew Seror</i><br>
MATTHEW SEROR

309054712v1