UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| SONATE CORPORATION D/B/A Vegadelphia FOODS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BEYOND MEAT, INC., a Delaware corporation,<br><br>　　　　　　　Defendant. | Civil Action No. 1:23-cv-10690 |

**DEFENDANT BEYOND MEAT, INC.'S OBJECTION TO
UNSEALING DOCKET NO. 358:**

-2-

On November 5, 2025, the Court entered its MEMORANDUM AND ORDER on Plaintiff's previously filed Motion to Strike [Dkt. 196] and Motion for Summary Judgment [Dkt. 185].  The Court's November 5, 2025 order is found at Docket No. 358.  Because the order contains information filed under seal in connection with the motions, it was filed under seal.  Also on November 5, 2015, the Court ordered the parties to file objections to the unsealing of the MEMORANDUM AND ORDER found at Docket 358 by no later than November 10, 2025.

Defendant objects to the unsealing of the complete MEMORANDUM AND ORDER because portions of it contain confidential and proprietary information of Defendant.  Defendant respectfully requests that the MEMORANDUM AND ORDER be filed with the following page and line references redacted:

- Page 3, line 4;
- Page 4, lines 11-12
- Page 10, lines 10-12.

Aside from the foregoing portions of the MEMORANDUM AND ORDER, Defendant does not object to all other portions being filed in publicly viewable form.

Dated: November 7, 2025

Respectfully Submitted,

BUCHALTER
A Professional Corporation

By:  /s/ Matthew Seror
 WILLMORE F. HOLBROW III *(Pro Hac Vice)*
 MATTHEW SEROR  *(Pro Hac Vice)*
 BUCHALTER

A Professional Corporation
 1000 Wilshire Boulevard, Suite 1500
 Los Angeles, CA  90017-1730
 Telephone: 213.891.0700
 Fax: 213.896.0400
 Email:  wholbrow@buchalter.com

*Attorneys for Defendant Beyond Meat, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on November 7, 2025, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as non-registered participants.

                                             */s/ Matthew Seror*
                                             Matthew Seror