UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SONATE CORPORATION, d/b/a Vegadelphia Foods,<br><br>Plaintiff,<br><br>v.<br><br>BEYOND MEAT, INC.,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 1:23-cv-10690-IT |

JUDGMENT

September 18, 2026

TALWANI, D.J.

At trial, Plaintiff Sonate Corporation ("Sonate") dismissed Count III, State Statutory Trademark Infringement, and Count IV, Common Law Trademark Infringement, of its Amended Complaint [Doc. No. 17]. The court also dismissed so much of Count V, Contributory Trademark Infringement, as alleged that Defendant Beyond Meat, Inc. ("Beyond") contributed to Dunkin' Donuts franchisees' infringement of Plaintiff Sonate's registered trademark under state statute and state common law.

Pursuant to the verdict of the jury, judgment is entered in favor of Plaintiff Sonate and against Defendant Beyond as to Count I, Violation of 15 U.S.C. § 1114; Count II, Violation of 15 U.S.C. § 1125; and so much of Count V, Contributory Trademark Infringement, as alleged that Defendant Beyond contributed to Dunkin' Donuts franchisees' infringement of Plaintiff Sonate's registered trademark under federal statute. As modified by the court's Memorandum and Order [Doc. No. 455], judgment enters in the amount of $15,437,500, comprised of $37,500 of actual damages, and $15,400,000 of disgorged profits as a rough measure to fairly compensate

for harm proximately caused by Defendant Beyond's infringing use of "PLANT BASED GREAT TASTE" that was not included in actual damages.

IT IS SO ORDERED

September 18, 2026

/s/ Indira Talwani
United States District Judge