**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SONATE CORPORATION d/b/a/ VEGADELPHIA FOODS,<br><br>*Plaintiff*,<br><br>v.<br><br>BEYOND MEAT, INC.,<br><br>*Defendants*. | Case No. 1:23-cv-10690-IT |

**UNOPPOSED MOTION FOR LEAVE FOR ADMISSION *PRO HAC VICE* ADMISSION OF LAURA WASHINGTON, MICHAEL BERN, AND MELANIE GRINDLE ON BEHALF OF BEYOND MEAT, INC.**

Pursuant to Local Rule 83.5.1(b) of the United States District Court for the District of Massachusetts, Andrew T. O'Connor of the law firm Goulston & Storrs PC, a member of the bar of this Court, respectfully moves for the *pro hac vice* admission of Laura Washington, Michael Bern, and Melanie Grindle of the law firm Latham & Watkins LLP and members of the bars of California, Maryland, and the District of Colombia, for purposes of their appearance as counsel on behalf of Defendant Beyond Meat, Inc. in the above-captioned action.

Attached to this Motion as Exhibit A is a Certification signed by Ms. Washington, Mr., Bern, and Ms. Grindle stating that each of them (1) are a member of the bar in good standing in every jurisdiction where she has been admitted to practice; (2) have no disciplinary proceedings against them as a member of the bar in any jurisdiction; and (3) are familiar with the Local Rules for the United States District Court for the District of Massachusetts.

WHEREFORE, Defendant Beyond Meat, Inc., through its counsel, Andrew T. O'Connor, respectfully requests that this Court allow this Motion for Leave for *Pro Hac Vice* Admission of Laura Washington, Michael Bern, and Melanie Grindle.

Respectfully submitted,

BEYOND MEAT, INC.,

By its attorneys,

Dated: October 6, 2026

/s/ *Andrew T. O'Connor*

Andrew T. O'Connor (BBO # 664811)
Kiman Kaur (BBO # 709943)
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110
Telephone: (617) 482-1776
Facsimile: (617) 574-4112
E-mails: aoconnor@goulstonstorrs.com
kkaur@goulstonstorrs.com

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2) of the United States District Court for the District of Massachusetts, I hereby certify that on October 2, 2026, counsel for Defendant Beyond Meat, Inc. conferred in good faith with counsel for Plaintiff Sonate Corporation, and counsel for Plaintiff confirmed it consented to this Motion for Leave for *Pro Hac Vice* Admission.

*/s/ Andrew T. O'Connor*
Andrew T. O'Connor

**CERTIFICATE OF SERVICE**

I, Andrew T. O'Connor, hereby certify that, on October 6, 2026, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as non-registered participants by first-class mail.

*/s/ Andrew T. O'Connor*
Andrew T. O'Connor