**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SONATE CORPORATION d/b/a/ VEGADELPHIA FOODS,<br>*Plaintiff*,<br>v.<br>BEYOND MEAT, INC.,<br>*Defendant*. | Case No. 1:23-cv-10690-IT |

**NOTICE OF APPEARANCE**

Please enter the appearance of Laura R. Washington of the firm Latham & Watkins LLP, 10250 Constellation Blvd. Suite 1100, Los Angeles, CA 90067 as counsel for Beyond Meat, Inc. in the above-captioned action.

Respectfully submitted,

Dated: October 8, 2026

*/s/ Laura R. Washington*

Laura R. Washington (*pro hac vice*)
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Telephone: (424) 653-5500
Facsimile: (424) 653-5501
laura.washington@lw.com

*Counsel for Beyond Meat, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent October 8, 2026 to those identified as non-registered participants.

*/s/ Laura R. Washington*
Laura R. Washington