**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

SONATE CORPORATION d/b/a/
VEGADELPHIA FOODS,

*Plaintiff*,

v.

BEYOND MEAT, INC.,

*Defendant*.

Case No. 1:23-cv-10690-IT

**NOTICE OF APPEARANCE**

Please enter the appearance of Michael Evan Bern of the firm Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004 as counsel for Beyond Meat, Inc. in the above-captioned action.

Respectfully submitted,

Dated: October 8, 2026

*/s/ Michael Evan Bern*
Michael Evan Bern (*pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
michael.bern@lw.com

*Counsel for Beyond Meat, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent October 8, 2026 to those identified as non-registered participants.

*/s/ Michael Evan Bern*
Michael Evan Bern