**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

SONATE CORPORATION d/b/a/
VEGADELPHIA FOODS,

*Plaintiff*,

v.

BEYOND MEAT, INC.,

*Defendant*.

Case No. 1:23-cv-10690-IT

**NOTICE OF APPEARANCE**

Please enter the appearance of Melanie J. Grindle of the firm Latham & Watkins LLP, 12670 High Bluff Drive, San Diego, California 92130 as counsel for Beyond Meat, Inc. in the above-captioned action.

Respectfully submitted,

Dated: October 8, 2026

*/s/ Melanie J. Grindle*
Melanie J. Grindle (*pro hac vice*)
Latham & Watkins LLP
12670 High Bluff Drive
San Diego, California 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450
melanie.grindle@lw.com

*Counsel for Beyond Meat, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent October 8, 2026 to those identified as non-registered participants.

*/s/ Melanie J. Grindle*
Melanie J. Grindle