# EXHIBIT A

## *ATLANTIC SPECIALTY INSURANCE COMPANY*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------------------------------X

**BOND NO. 800205191**

SONATE CORPORATION, d/b/a
Vegadelphia Foods,

Plaintiff,

Civil Action No. 1:23-cv-10690-IT

-against-

**SUPERSEDEAS BOND**

BEYOND MEAT, INC.,

Defendant.

-----------------------------------------------------------------------------------------X

WHEREAS, **BEYOND MEAT, INC.,** challenges the Judgment of *Hon. Indira Talwani* signed and filed on the 18th day of September 2026, awarding Plaintiff, **SONATE CORPORATION, d/b/a Vegadelphia Foods**, the disgorgement of the Defendant's profits in the sum of ***FIFTEEN MILLION FOUR HUNDRED THOUSAND AND 00/100 ($15,400,000)) DOLLARS*** and actual damages in the sum of **THIRTY SEVEN THOUSAND FIVE HUNDRED AND 00/100 ($37,500.00) DOLLARS.**

Whereas by a Motion, the above named Defendant, **BEYOND MEAT, INC.,** agreed to post a bond in the sum of ***SIXTEEN MILLION NINE HUNDRED EIGHTY ONE THOUSAND SEVEN HUNDRED FIFTY AND 00/100 ($16,981,750.00) DOLLARS*** to stay Plaintiff from undertaking any efforts to perfect, finalize, enforce, execute or collect any judgment in this action pending determination of Defendant's post-trial motions and/ or appeal.

NOW, THEREFORE, **ATLANTIC SPECIALTY INSURANCE COMPANY,** duly authorized to transact business in the State of Massachusetts and having an office and principal place of business at One State Street Plaza, 31st Floor, New York, NY 10004, as Surety, and **BEYOND MEAT, INC.,** as Principal, do hereby undertake to pay the Plaintiff such sum directed by a final nonappealable judgment up to the sum of ***SIXTEEN MILLION NINE HUNDRED EIGHTY ONE THOUSAND SEVEN HUNDRED FIFTY AND 00/100 ($16,981,750.00) DOLLARS.***

The Surety further agrees to submit to the jurisdiction of the United Stated District Court for the District of Massachusetts and to be bound by any orders or judgments entered by the court in relation to this bond.

Provided however, this bond is hereby fixed in an amount not to exceed ***SIXTEEN MILLION NINE HUNDRED EIGHTY ONE THOUSAND SEVEN HUNDRED FIFTY AND 00/100 ($16,981,750.00) DOLLARS***

DATED, October 13th, 2026

***ATLANTIC SPECIALTY INSURANCE COMPANY***

By: ______________________
WILLIAM J. PEDERSEN
Attorney-in-Fact

ATLANTIC SPECIALTY INSURANCE COMPANY
CORPORATE SEAL
1986
NEW YORK

UNIFORM FORM CERTIFICATE OF ACKNOWLEDGEMENT

**STATE OF NEW YORK** |
**COUNTY OF NEW YORK** |**SS:**
|

On this 13th day of October in the year 2026, before me, a Notary Public in and for said County, personally appeared **WILLIAM J. PEDERSEN,** personally known to me, who being by me duly sworn, did say that he is the aforesaid Attorney-in-Fact of the **ATLANTIC SPECIALTY INSURANCE COMPANY** of New York, New York, a corporation duly organized and existing under the laws of the State of New York, that the seal affixed to the foregoing instrument is the corporate seal of said corporation, that the said instrument was signed, sealed and executed in behalf of said corporation by authority of its Board of Directors, and further acknowledge that the said instrument and the execution thereof to be voluntary act and deed of said corporation.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed by official seal the day and year last above written.

---

Giovani Amaro
Notary Public, State of New York
No. 01-AM0051070
Qualified in New York County
Commission Expires June 12, 2030

NOTARY PUBLIC

---

intact INSURANCE

# Power of Attorney

KNOW ALL MEN BY THESE PRESENTS, that ATLANTIC SPECIALTY INSURANCE COMPANY, a New York corporation with its principal office in Plymouth, Minnesota, does hereby constitute and appoint: **Neil P. Pedersen, William J. Pedersen**, each individually if there be more than one named, its true and lawful Attorney-in-Fact, to make, execute, seal and deliver, for and on its behalf as surety, any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof; provided that no bond or undertaking executed under this authority shall exceed in amount the sum of: **unlimited** and the execution of such bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof in pursuance of these presents, shall be as binding upon said Company as if they had been fully signed by an authorized officer of the Company and sealed with the Company seal. This Power of Attorney is made and executed by authority of the following resolutions adopted by the Board of Directors of ATLANTIC SPECIALTY INSURANCE COMPANY on the twenty-fifth day of September, 2012:

> Resolved: That the President, any Senior Vice President or Vice-President (each an "Authorized Officer") may execute for and in behalf of the Company any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof, and affix the seal of the Company thereto; and that the Authorized Officer may appoint and authorize an Attorney-in-Fact to execute on behalf of the Company any and all such instruments and to affix the Company seal thereto; and that the Authorized Officer may at any time remove any such Attorney-in-Fact and revoke all power and authority given to any such Attorney-in-Fact.
>
> Resolved: That the Attorney-in-Fact may be given full power and authority to execute for and in the name and on behalf of the Company any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof, and any such instrument executed by any such Attorney-in-Fact shall be as binding upon the Company as if signed and sealed by an Authorized Officer and, further, the Attorney-in-Fact is hereby authorized to verify any affidavit required to be attached to bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof.

This power of attorney is signed and sealed by facsimile under the authority of the following Resolution adopted by the Board of Directors of ATLANTIC SPECIALTY INSURANCE COMPANY on the twenty-fifth day of September, 2012:

> Resolved: That the signature of an Authorized Officer, the signature of the Secretary or the Assistant Secretary, and the Company seal may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing an Attorney-in-Fact for purposes only of executing and sealing any bond, undertaking, recognizance or other written obligation in the nature thereof, and any such signature and seal where so used, being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.

IN WITNESS WHEREOF, ATLANTIC SPECIALTY INSURANCE COMPANY has caused these presents to be signed by an Authorized Officer and the seal of the Company to be affixed this twenty-first day of Febuary, 2025.

ATLANTIC SPECIALTY INSURANCE COMPANY CORPORATE SEAL 1986 NEW YORK

STATE OF MINNESOTA
HENNEPIN COUNTY

By ______________________
Sarah A. Kolar, Vice President and General Counsel

On this twenty-first day of February, 2025, before me personally came Sarah A. Kolar, Vice President and General Counsel of ATLANTIC SPECIALTY INSURANCE COMPANY, to me personally known to be the individual and officer described in and who executed the preceding instrument, and she acknowledged the execution of the same, and being by me duly sworn, that she is the said officer of the Company aforesaid, and that the seal affixed to the preceding instrument is the seal of said Company and that the said seal and the signature as such officer was duly affixed and subscribed to the said instrument by the authority and at the direction of the Company.

THE GREAT SEAL OF THE STATE OF MINNESOTA
ALISON D. NASH-TROUT
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2030

______________________
Notary Public

I, the undersigned, Secretary of ATLANTIC SPECIALTY INSURANCE COMPANY, a New York Corporation, do hereby certify that the foregoing power of attorney is in full force and has not been revoked, and the resolutions set forth above are now in force.

Signed and sealed. Dated 13th day of October, 2026.

ATLANTIC SPECIALTY INSURANCE COMPANY CORPORATE SEAL 1986 NEW YORK

| This Power of Attorney expires January 31, 2030 |
|---|

______________________
Kara L.B. Barrow, Secretary

[intact] INSURANCE specialty solutions

## Atlantic Specialty Insurance Company

Period Ended 12/31/2025

*Dollars displayed in thousands*

| | |
|---|---|
| **Admitted Assets** | |
| Investments: | |
| Bonds | $ 2,885,455 |
| Preferred Stocks | - |
| Common Stocks | 934,259 |
| Mortgage Loans | - |
| Real Estate | - |
| Contract Loans | - |
| Derivatives | - |
| Cash, Cash Equivalents & Short Term Investments | 1,000,755 |
| Other Investments | 29,147 |
| **Total Cash & Investments** | 4,849,616 |
| Premiums and Considerations Due | 361,651 |
| Reinsurance Recoverable | 34,446 |
| Receivable from Parent, Subsidiary or Affiliates | 15,668 |
| All Other Admitted Assets | 93,238 |
| **Total Admitted Assets** | 5,354,619 |

| | |
|---|---|
| **Liabilities and Surplus** | |
| **Liabilities** | |
| Loss Reserves | $ 1,403,740 |
| Loss Adjustment Expense Reserves | 330,086 |
| **Total Loss & LAE Reserves** | 1,733,826 |
| Unearned Premium Reserve | 866,171 |
| Total Reinsurance Liabilities | 51,082 |
| Commissions, Other Expenses, and Taxes due | 83,583 |
| Derivatives | - |
| Payable to Parent, Subs or Affiliates | - |
| All Other Liabilities | 1,357,715 |
| **Total Liabilities** | 4,092,377 |
| **Capital and Surplus** | |
| Common Capital Stock | 9,001 |
| Preferred Capital Stock | - |
| Surplus Notes | - |
| Unassigned Surplus | 682,458 |
| Other Including Gross Contributed | 570,784 |
| **Capital & Surplus** | 1,262,242 |
| **Total Liabilities and C&S** | 5,354,619 |

State of Minnesota
County of Hennepin

I, Sarah A. Kolar, Secretary of Atlantic Specialty Insurance Company do hereby certify that the foregoing statement is a correct exhibit of the assets and liabilities of the said Company, on the 31st day of December, 2025, according to the best of my information, knowledge and belief.

*Secretary*

Subscribed and sworn to, before me, a Notary Public of the State of Minnesota on this 5th day of March, 2026.

Kerri Riechers

*Notary Public*

KERRI RIECHERS
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2030