**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| SONATE CORPORATION D/B/A Vegadelphia Foods,<br>Plaintiff,<br><br>vs.<br><br>BEYOND MEAT, INC., a Delaware corporation,<br>Defendant. | Civil Action No. 1:23-cv-10690-IT |

**NOTICE OF WITHDRAWAL OF COUNSEL DANNI L. SHANEL**

PLEASE TAKE NOTICE that attorney Danni L. Shanel should be withdrawn as counsel for Plaintiff, Sonate Corporation d/b/a Vegadelphia Foods ("Plaintiff"), as she is no longer with counsel of record Troutman Pepper Locke LLP. Troutman Pepper Locke LLP shall continue to represent the Plaintiff.

Date: October 14, 2026

Respectfully submitted,

By: */s/ Ben. L. Wagner*

L. Andrew Tseng (Mass. Bar No. 689192)
TROUTMAN PEPPER LOCKE LLP
19th Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
Tel: (617) 204-5100
Email: andrew.tseng@troutman.com

Ben L. Wagner (*Lead Counsel)
Cal. Bar No. 243594 (*pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
Tel. (858) 509.6010
Email: ben.wagner@troutman.com

*Attorneys for Plaintiff Sonate Corporation D/B/A Vegadelphia Foods*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those, if any, indicated as nonregistered participants on this 14th day of October, 2026.

/S/ Ben L. Wagner
Ben L. Wagner