**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

SONATE CORPORATION D/B/A
Vegadelphia Foods,
Plaintiff,

vs.

BEYOND MEAT, INC., a Delaware
corporation,
Defendant.

Civil Action No. 1:23-cv-10690-IT

**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO**
**DEFENDANT'S RULE 62 MOTION TO APPROVE BOND AND STAY JUDGMENT**

Plaintiff Sonate Corporation d/b/a Vegadelphia Foods ("Vegadelphia"), hereby files this Notice of Non-Opposition to Defendant Beyond Meat, Inc.'s Rule 62 Motion to Approve Bond and Stay Judgment (Docket No. 463), and respectfully states as follows:

1. On October 14, 2026, Defendant Beyond Meat, Inc. filed its Rule 62 Motion to Approve Bond and Stay Judgment, less than 24 hours after first providing a copy of the proposed bond.

2. Vegadelphia has had sufficient time now to review said bond language and, based on the unqualified triggering language of payment in the event of "a final nonappealable judgment up to the sum of…$16,981,750.00," does not oppose the sufficiency of the bond.

3. Vegadelphia does not oppose the relief requested in the Motion and consents to the Court granting the motion. In the event future events, duration of judgment, or further circumstances warrant, Vegadelphia reserves all rights to appropriately seek supplementation, modification or other changes as to the bond.

Dated: October 16, 2026

Respectfully Submitted,

*/s/ Ben L. Wagner*

L. Andrew Tseng
Mass. Bar No. 689192
TROUTMAN PEPPER LOCKE LLP
19th Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
Tel.: (617) 204-5100
Email: andrew.tseng@troutman.com

Ben L. Wagner (*Lead Counsel)
Cal. Bar No. 243594 (*pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
Tel.: (858) 509-6010
Email: ben.wagner@troutman.com

*Attorneys for Plaintiff Sonate Corporation, d/b/a Vegadelphia Foods*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANT'S RULE 62 MOTION TO APPROVE BOND AND STAY JUDGMENT was served by electronic mail on counsel of record using the email addresses registered on the CM/ECF system.

s/ *Ben L. Wagner*
Ben L. Wagner