UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SONATE CORPORATION d/b/a
VEGADELPHIA FOODS

v.

BEYOND MEAT, INC.

C.A. No. 1:23-cv-10690-IT

**NOTICE OF APPEAL**

Notice is hereby given that Sonate Corporation d/b/a Vegadelphia Foods, the Plaintiff in the above-named matter, hereby appeals to the United States Court of Appeals For the First Circuit from the Judgment entered in this action on September 18, 2026.

Respectfully submitted,

Date: October 16, 2026

/s/ Ben L. Wagner
(signature)
Print name & address:

Ben L. Wagner (*Lead Counsel)
Cal. Bar No. 243594 (pro hac vice)
Troutman Pepper Locke LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
ben.wagner@troutman.com

**Certificate of Service**

I, ____________________, certify that I have caused a copy of this Notice of Appeal to be served by mailing a copy of the same to ________________________________ (recipient)), at ______________________________________________ (address) on __________________ (date).

Date:

____________________________
(signature)
Print name: