**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SONATE CORPORATION d/b/a
VEGADELPHIA FOODS,
*Plaintiff,*

vs.

BEYOND MEAT, INC.,
*Defendant.*

Case No. 1:23-cv-10690-IT

**DEFENDANT BEYOND MEAT, INC.'S RULE 52(b) MOTION TO AMEND THE COURT'S FINDINGS AND JUDGMENT AND RULE 59(a) AND RULE 59(e) MOTION FOR NEW TRIAL AND TO AMEND JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 52(b), Federal Rule of Civil Procedure 59(a), and Federal Rule of Civil Procedure 59(e), Defendant Beyond Meat, Inc. ("Beyond") moves this Court for an order altering the Court's September 18, 2026 Judgment (Doc. No. 456) pursuant to Rule 52 and/or Rule 59, and/or granting Beyond Meat a new trial on the issues specified in the attached memorandum pursuant to Rule 59.

Dated: October 16, 2026

Respectfully Submitted,

Beyond Meat, Inc.,
By its counsel,

By: /s/ *Andrew T. O'Connor*

Andrew T. O'Connor (BBO # 664811)
Kiman Kaur (BBO # 709943)
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110
Telephone: (617) 482-1776
Facsimile: (617) 574-4112
E-mails: aoconnor@goulstonstorrs.com
kkaur@goulstonstorrs.com

Laura R. Washington (*Pro Hac Vice*)
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Telephone: 424.653.5500
Facsimile: 424.653.5501
E-mail: laura.washington@lw.com

Michael E. Bern (*Pro Hac Vice*)
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: 202.637.2200
Facsimile: 202.637.2201
Email: Michael.bern@lw.com

Melanie J. Grindle (*Pro Hac Vice*)
Latham & Watkins LLP
12670 High Bluff Drive
San Diego, California 92130
Telephone: 858.523.5400
Facsimile: 858.523.5450
Email: melanie.grindle@lw.com

*Attorneys for Defendant Beyond Meat, Inc.*

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel has conferred regarding the relief requested in this motion, and counsel for Plaintiff opposes this motion.

/s/ *Andrew T. O'Connor*
Andrew T. O'Connor

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent on October 16, 2026 to those identified as non-registered participants.

/s/ *Andrew T. O'Connor*
Andrew T. O'Connor