UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SONATE CORPORATION, d/b/a Vegadelphia Foods,<br><br>Plaintiff,<br><br>v.<br><br>BEYOND MEAT, INC.,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 1:23-cv-10690-IT |

ORDER

October 16, 2026

TALWANI, D.J.

In light of the Judgment [Doc. No. 456] entered on September 18, 2026, Defendant Beyond Meat, Inc., seeks approval of a supersedeas bond in the amount of $16,981,750 and a stay of execution of the Judgment [Doc. No. 456] pursuant to Federal Rule of Civil Procedure 62(b). R. 62 Mot. to Approve Bond & Stay J. 1 [Doc. No. 463]; Mem. ISO Mot. 1–2 [Doc. No. 464]. Plaintiff Sonate does not oppose Defendant's motion, subject to Plaintiff's reservation of "all rights to appropriately seek supplementation, modification or other changes as to the bond" if "future events, duration of judgment, or further circumstances warrant[.]" Not. of Non-Opp'n to Def.'s R. 62 Mot. to Approve Bond & Stay J. ¶ 3 [Doc. No. 467].

Accordingly, the court GRANTS Defendant's Rule 62 Motion to Approve Bond and Stay Judgment [Doc. No. 463]. The $16,981,750 supersedeas bond obtained by Defendant from Atlantic Specialty Insurance Company, R. 62 Mot. to Approve Bond & Stay J. Ex. A [Doc. No. 464-1], is APPROVED. The Judgment [Doc. No. 456] is STAYED pending adjudication of

Defendant's forthcoming motions "under Federal Rules of Civil Procedure 52 and 59[,]" Mem. ISO Mot. 1 [Doc. No. 464] or further order of the court.

IT IS SO ORDERED

October 16, 2026

/s/ Indira Talwani
United States District Judge