# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Sonate Corporation v. Beyond Meat, Inc.

District Court Number: 23cv10690-IT

Fee: Paid? Yes X No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending Yes X No ____
*If yes, document #* 469

Sealed documents Yes X No ____
*If yes, document #* (see attached addendum)

*Ex parte* documents Yes ____ No X
*If yes, document #* ____

Transcripts Yes X No ____
*If yes, document #* 149,354,406,407,408,409

Notice of Appeal filed by: Plaintiff/Petitioner X Defendant/Respondent ____ Other: ____

Appeal from:

#455 Memorandum and Order, #456 Judgment

Other information:

(Additional Transcripts: 410,411,412,413,414,415)

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#455, #456, and #468

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 468 filed on October 16, 2026.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 17, 2026.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____________________

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

**SEALED DOCUMENTS:**

80,164,166,186,191,192,194,195,197,198,200,201,203,204,205,206,207,208,220,221,
222,223,231,235,236,237,238,244,245,246,254,284,285,286,341,342,373,375.