**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SONATE CORPORATION d/b/a VEGADELPHIA FOODS, *Plaintiff,*<br><br>vs.<br><br>BEYOND MEAT, INC., *Defendant.* | Case No. 1:23-cv-10690-IT |

**DEFENDANT BEYOND MEAT, INC.'S PROTECTIVE NOTICE OF CROSS-APPEAL**

Notice is hereby given that Defendant Beyond Meat, Inc. ("Beyond") cross-appeals to the United States Court of Appeals for the First Circuit of this Court's September 18, 2026 judgment (Doc. No. 456) ("Judgment"), as well as all underlying findings, determinations, orders, rulings, and decisions related to the Court's Judgment, including the Court's September 18, 2026 memorandum and opinion issuing a $15.4 million disgorgement award in Plaintiff's favor (Doc. No. 455).

On October 16, 2026, Plaintiff Sonate Corporation (Sonate) filed a notice of appeal in this matter. Doc. No. 468. That appeal is docketed in the First Circuit at No. 26-2175. Also on October 16, 2026, Beyond timely filed a motion to alter or amend the findings and judgment pursuant to Federal Rules of Civil Procedure 52 and 59. *See* Doc. Nos. 469, 470. This Court retains jurisdiction to resolve Beyond's motion to alter or amend the findings and judgment despite Sonate's Notice of Appeal and this Notice of Cross-Appeal. *See* Fed. R. App. P. 4(a)(4)(B)(i); *Bowers v. Andrew Weir Shipping*, 817 F. Supp. 4, 5 (S.D.N.Y. 1993) (citing *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 61 (1982)); *see also González-Arroyo v. Doctors' Ctr. Hosp. Bayamon, Inc.*, 54 F.4th 7, 19 (1st Cir. 2022) (explaining that "Federal Rule of Appellate Procedure

4(a)(4)(B)(i) specifically provides district courts with jurisdiction to rule on pending motions for reconsideration *after* a litigant files her notice of appeal").

As the First Circuit explained in an order issued on October 28, 2026, Sonate's "notice of appeal does not become effective until the district court disposes of" Beyond's pending "post-judgment motion." Doc. No. 474. The time to file a cross-appeal from Sonate's notice is also extended by the filing of Beyond's post-judgment motion by the operation of Federal Rule of Civil Procedure 4(a). *See* Fed. R. App. P. 4(a)(3) (time to file cross-appeal is "14 days after the date when the first notice was filed, *or within the time otherwise prescribed by this Rule 4(a)*, whichever period ends later." (emphasis added)). And pursuant to Federal Rule of Appellate Procedure 4(a)(4)(A), "the time to file an appeal runs for all parties from the entry of the order disposing of" Beyond's post-judgment motion. *Id.*

Beyond's time to file an appeal thus will not begin to run until its motion to alter or amend the judgment is resolved. This Court's resolution of Beyond's pending motion, moreover, may render any cross-appeal unnecessary. Nevertheless, because the time to file a notice of appeal is jurisdictional, Beyond is filing this notice of cross-appeal out of an abundance of caution to preserve its right to cross-appeal if for some reason any court later determines that Beyond's Rule 52 and Rule 59 motion did not extend its time to appeal.

Dated: October 30, 2026

Respectfully Submitted,

BEYOND MEAT, INC.
By its counsel,

By: /s/ *Andrew T. O'Connor*

Andrew T. O'Connor (BBO # 664811)
Kiman Kaur (BBO # 709943)
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110
Telephone: (617) 482-1776
Facsimile: (617) 574-4112
E-mails: aoconnor@goulstonstorrs.com
kkaur@goulstonstorrs.com

Laura R. Washington (*Pro Hac Vice*)
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Telephone: 424.653.5500
Facsimile: 424.653.5501
E-mail: laura.washington@lw.com

Melanie J. Grindle (*Pro Hac Vice*)
Latham & Watkins LLP
12670 High Bluff Drive
San Diego, California 92130
Telephone: 858.523.5400
Facsimile: 858.523.5450
Email: melanie.grindle@lw.com

Michael E. Bern (*Pro Hac Vice*)
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: 202.637.2200
Facsimile: 202.637.2201
Email: Michael.bern@lw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent on October 30, 2026 to those identified as non-registered participants.

/s/*Andrew T. O'Connor*
Andrew T. O'Connor