**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SONATE CORPORATION d/b/a VEGADELPHIA FOODS, *Plaintiff,* vs. BEYOND MEAT, INC., *Defendant.* | Case No. 1:23-cv-10690-IT |

**UNOPPOSED MOTION TO WITHDRAW APPEARANCES OF BUCHALTER LLP ON BEHALF OF DEFENDANT BEYOND MEAT, INC**

Pursuant to Local Rule 83.5.2, attorneys Willmore F. Holbrow, Dana Hobart, Matthew L. Seror, and Danielle Michelee Mayer of the law firm Buchalter LLP respectfully move for withdrawal of their appearances as counsel for Defendant, Beyond Meat, Inc. ("Beyond Meat"). Successor counsel of the firm Latham & Watkins LLP has already entered appearances in this case on behalf of Beyond Meat. (Dkt. Nos. 460, 461, and 462). The law firm of Goulston & Storrs PC is maintaining its appearance as local counsel on behalf of Beyond Meat.

Currently pending before this Court is defendant Beyond Meat's Motion to Alter and Amend Judgment and for New Trial (Dkt. Nos. 469 and 470). No current deadlines will be impacted by this withdrawal.

With the appearances of successor counsel and local counsel entered on behalf of Beyond Meat, and with no opposition from Plaintiff Sonate Corporation, good cause exists for granting leave of the Buchalter LLP attorneys to withdraw their appearances.

WHEREFORE, attorneys Willmore F. Holbrow, Dana Hobart, Matthew L. Seror, and Danielle Michelee Mayer of the law firm Buchalter LLP respectfully request their motion for withdrawal of appearance on behalf of Defendant Beyond Meat be granted.

Dated: November 2, 2026

Respectfully Submitted,

By: /s/ *Andrew T. O'Connor*

Willmore F. Holbrow III (*pro hac vice*)
Dana Hobart (*pro hac vice*)
Matthew Seror (*pro hac vice*)
Danielle Mayer (*pro hac vice*)
BUCHALTER LLP
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
wholbrow@buchalter.com
dhobart@buchalter.com
mseror@buchalter.com
dmayer@buchalter.com

Andrew T. O'Connor (BBO # 664811)
Kiman Kaur (BBO # 709943)
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110
Telephone: (617) 482-1776
Facsimile: (617) 574-4112
E-mails: aoconnor@goulstonstorrs.com
kkaur@goulstonstorrs.com

Laura R. Washington (*Pro Hac Vice*)
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Telephone: 424.653.5500
Facsimile: 424.653.5501
E-mail: laura.washington@lw.com

Michael E. Bern (*Pro Hac Vice*)
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: 202.637.2200
Facsimile: 202.637.2201
Email: Michael.bern@lw.com

Melanie J. Grindle (*Pro Hac Vice*)
Latham & Watkins LLP
12670 High Bluff Drive
San Diego, California 92130
Telephone: 858.523.5400
Facsimile: 858.523.5450
Email: melanie.grindle@lw.com

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel has conferred regarding the relief requested in this motion, and counsel for Plaintiff does not oppose this motion.

*/s/ Andrew T. O'Connor*

Andrew T. O'Connor

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent on November 2, 2026 to those identified as non-registered participants.

*/s/ Andrew T. O'Connor*
Andrew T. O'Connor